**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MARY TROUPE, et al.**                                                    **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 3:10-CV-153-HTW-LRA**

**GOVERNOR HALEY BARBOUR,
et al.**                                                              **DEFENDANTS**

**<u>MOTION TO DISMISS OR FOR JUDGMENT ON THE PLEADINGS</u>**

Defendants Haley Barbour, Governor of Mississippi, and Robert L. Robinson, Executive

Director of the Mississippi Division of Medicaid, in their official capacities, respectfully submit

this Motion to Dismiss or for Judgment on the Pleadings pursuant to Rule 12 of the Federal

Rules of Civil Procedure and ask this Court to dismiss Count I of the Complaint.  For support,

Defendants attach the exhibits listed below and file herewith a Memorandum of Authorities in

Support of this Motion:

Exhibit 1 -    MYPAC admission and Freedom of Choice forms for L.S.

Exhibit 2 -    MYPAC Freedom of Choice form for L.P.

Exhibit 3 -    MYPAC information sheet

For the reasons argued in the Memorandum of Authorities and as shown by the attached

exhibits, Defendants Haley Barbour and Robert L. Robinson, respectfully pray this Court

GRANT the present Motion and dismiss Count I of the Complaint.

Respectfully submitted, this the 27th day of May 2010,

FOR DEFENDANT GOVERNOR HALEY BARBOUR, in
his official capacity

BY:     /s Roger Googe

ROGER GOOGE, MS BAR NO. 4903
SPECIAL ASSISTANT ATTORNEY GENERAL


FOR DEFENDANT ROBERT L. ROBINSON, in his
official capacity as Director of the Mississippi Division of
Medicaid

BY:     /s Shawn S. Shurden
        SHAWN S. SHURDEN, MS BAR NO. 99678
        WILSON MINOR, MS BAR NO. 102663
        HAROLD E. PIZZETTA III, MS BAR NO. 99867
        MARY JO WOODS, MS BAR NO. 10468
        SPECIAL ASSISTANT ATTORNEYS GENERAL

Office of the Attorney General
Post Office Box 220
Jackson, Mississippi  39205
Telephone No. (601) 359-3680
Facsimile No. (601) 359-2003
sshur@ago.state.ms.us
rgoog@ago.state.ms.us

<u>**CERTIFICATE OF SERVICE**</u>

I, Shawn S. Shurden, Special Assistant Attorney General of the State of Mississippi, do hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Sheila A. Bedi
sheila.a.bedi@gmail.com, sbedi@splcenter.org, mstoddard@splcenter.org

Vanessa Judith Carroll
vcarroll@splcenter.org, vjcarroll@gmail.com

Robert B. McDuff, Esq.
RBM@McDuffLaw.com

Shirim Nothenberg
snothenberg@childrensrights.org

I certify that I have hereby mailed, via United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing in the above-styled and numbered cause to the following non-ECF participant:

Ira Burnim, Esq.
The Bazelon Center for Mental Health Law
1101 15th Street, North West, Suite 1212
Washington, D.C. 20005

**THIS** the 27th day of May, 2010.

/s Shawn S. Shurden
SHAWN S. SHURDEN