

# FAX TRANSMITTAL FORM
## Admission

To: Division of Medicaid
Bureau of Mental Health Programs
Division of Special Mental Health Initiatives
**Bonlitha Windham, Division Director**
Phone: (601) 359-6114
Secure Fax: (601) 359-6294

From: *MYPAC* Provider   **Youth Villages**

Contact Name   **Shannon Reddy**

Telephone   **601-271-7574**

## Admission

| Youth Name | L.            S. |
|---|---|
| Medicaid ID Number | |
| DOB | |
| Gender | |
| Race | |
| County | |
| Current Residency | |
| Diagnosis | |
| Legal Custody | Biological Aunt |
| Admission Date | 5/5/10 |
| Referral Source | Hayley Jackson – Millcreek |
| DHS Custody (Yes/No) | No |
| Diversion or Transition | Diversion |
| Provider Office Location | McComb/Hattiesburg |

**EXHIBIT "1"**



**DIVISION OF MEDICAID**
**BUREAU OF MENTAL HEALTH PROGRAMS**

*MYPAC* FREEDOM OF CHOICE
SELECTION FORM
DOM Fax: (601) 359-6294

MYPAC

L_____ S_____                              _____
Participant Name                                        MID

Section 1902(a) (23) of the Social Security Act says that all Medicaid beneficiaries have the right to freedom of choice of providers for Medicaid covered services. As a Medicaid beneficiary, you also have the right to choose how you will get services. You can choose to get these services in one of two ways; psychiatric residential treatment facilities (PRTF) or in the *MYPAC* community-based program. The *MYPAC* program is a demonstration program. If you choose MYPAC, you must take part in a National Evaluation (Study). The Study is to find out if youth can get mental health services in their homes and communities instead of going to a PRTF and keep up or make better their level of functioning. The Study will also find out if MYPAC is cost-effective.

Check the box next to the type of service you want. If you do not want MYPAC services, please check that box.

☐ Psychiatric Residential Treatment Facility (PRTF)

☒ *MYPAC* Community-based Demonstration Program with Participation in the Study

☐ Do not want MYPAC services

If you chose *MYPAC*, please look at the following list of *MYPAC* Primary Service Coordinators who will offer Mississippi Division of Medicaid *MYPAC* waiver services.

Check the box next to the Primary Services Coordinator that you want. If you do not have a choice, please check the box next to "No Choice". A Primary Service Coordinator will be picked for you.

☐ Mississippi Children's Home Society

☒ Youth Villages

☐ No Choice

I agree to this screening process. I have had program choices explained to me. I have made my choice by marking a check in the correct boxes above. I understand that the Medicaid program has clinical and financial eligibility requirements that are not a part of this screening. I give the okay to the agency or the attending doctor to give DOM the information needed to meet the federal requirements to look at and/or help me in getting services.

X_____ D.                                   3-22-2010
     SIGNATURE                                    DATE

S_____, D._____
     PRINTED NAME

Rev. 10/02/08                                                      *MYPAC* Freedom of Choice
                                                                   DOM FORM 531



**DIVISION OF MEDICAID**
**BUREAU OF MENTAL HEALTH PROGRAMS**

*MYPAC* FREEDOM OF CHOICE
SELECTION FORM
DOM Fax: (601) 359-6294



L_____ P._____      _____
Participant Name                          MID

Section 1902(a) (23) of the Social Security Act says that all Medicaid beneficiaries have the right to freedom of choice of providers for Medicaid covered services. As a Medicaid beneficiary, you also have the right to choose how you will get services. You can choose to get these services in one of two ways; psychiatric residential treatment facilities (PRTF) or in the *MYPAC* community-based program. The *MYPAC* program is a demonstration program. If you choose MYPAC, you must take part in a National Evaluation (Study). The Study is to find out if youth can get mental health services in their homes and communities instead of going to a PRTF and keep up or make better their level of functioning. The Study will also find out if MYPAC is cost-effective.

Check the box next to the type of service you want. If you do not want MYPAC services, please check that box.

☐  Psychiatric Residential Treatment Facility (PRTF)

☐  *MYPAC* Community-based Demonstration Program with Participation in the Study

☒  Do not want MYPAC services

If you chose *MYPAC*, please look at the following list of *MYPAC* Primary Service Coordinators who will offer Mississippi Division of Medicaid *MYPAC* waiver services.

Check the box next to the Primary Services Coordinator that you want. If you do not have a choice, please check the box next to "No Choice". A Primary Service Coordinator will be picked for you.

☐  Mississippi Children's Home Society

☐  Youth Villages

☐  No Choice

I agree to this screening process. I have had program choices explained to me. I have made my choice by marking a check in the correct boxes above. I understand that the Medicaid program has clinical and financial eligibility requirements that are not a part of this screening. I give the okay to the agency or the attending doctor to give DOM the information needed to meet the federal requirements to look at and/or help me in getting services.

T___ P.___                         3-4-09
SIGNATURE                          DATE

T  P.
PRINTED NAME

Rev 10/02/08

**EXHIBIT "2"**

MYPAC Freedom of Choice
DOM FORM 591




**Home**    **Search**    Employment Opportunities at the Mississippi Division of Medicaid    DOM Employees Mailbox

Medicaid Eligibility    Programs    Services    Providers    Pharmacy    Publications    Contact Us    Requests for Bids/Proposals    Report Medicaid Fraud



Bonlitha Windham, Division Director
Division of Special Mental Health Initiatives

Mississippi Youth Programs Around the Clock (MYPAC)
An Alternative to Psychiatric Residential Treatment Facilites

Home

**Mental Health Services**

**Contact Us**

### What is MYPAC?

Mississippi Youth Programs Around the Clock (MYPAC) is a home and community- based Medicaid waiver program. MYPAC provides an array of services for Mississippi youth with Serious Emotional Disturbance (SED). It is a program that provides alternate services to traditional Psychiatric Residential Treatment Facilities (PRTF). Approved 1915(c) Waiver (full content)

### What are the advantages of MYPAC over traditional psychiatric residential treatment facilities?

Many Mississippi families are reluctant to seek help for their youth because they do not want them to spend weeks or even months in a psychiatric residential treatment facility. With MYPAC they can receive the services they need without having to leave their home, family or school. Also, with MYPAC, parents and/or guardians are much more involved with the planning and implementation of the services provided for their child.

### What services will MYPAC provide?

The services provided by MYPAC include Intensive Case Management, Wraparound Services, and Respite Services. An Individualized Service Plan will be developed by each participant, parent/guardian and the MYPAC provider which will be used to identify and address participants' and their families' individual needs. Providers will be expected to be available to participants and their families around the clock.

### Who is eligible?

Youth may be eligible for the MYPAC program if: *They meet the clinical criteria for PRTF admission. *They are under age 21. *They meet the financial criteria for Medicaid.

### Family Support Specialists will be an integral part of MYPAC.

Soon after a youth has been determined to be eligible, the youth and family will be contacted by a Family Support Specialist (FSS). An FSS is someone who will act as their personal advisor to help answer any questions they might have about MYPAC. The FSS will remain in contact with them for the entire time they are enrolled in MYPAC. The FSS is not a healthcare professional or a licensed counselor but is someone who has experience as a parent/guardian of a child with Serious Emotional Disturbance (SED).

### MYPAC participants have Freedom of Choice

Participants have the right to choose between the MYPAC program and the traditional services of a psychiatric residential treatment facility. They will also be able to choose the MYPAC provider that is best for their needs. The two statewide providers of MYPAC services are Mississippi Children's Home Services and Youth Villages.

### I'm interested in MYPAC. What do I do now?

If you are interested in finding out more about MYPAC services, contact the Division of Medicaid, Bureau of Mental Health Programs, Division of Special Mental Health Initiatives, at 601-359-9536. MYPAC staff can also be contacted at the toll-free number provided below: 1-800-421-2408

### Learn more about MYPAC by connecting to this PowerPoint presentation.

Information about the development, implementation, services, screening and admission process, expected outcomes, and frequently asked questions.

### Anyone can make a referral to MYPAC

The MYPAC Initial Screening Form may be completed by anyone and faxed to DOM/MYPAC for review on the secure fax line provided on the form. It is used to help determine if a youth meets basic criteria and appropriateness for the MYPAC program. The MYPAC Freedom of Choice Form is signed by the parent/guardian and ensures that the family has made an informed choice about type of service, selection of provider and participation in the national study.

**EXHIBIT "3"**



Top

CIVIL RIGHTS STATEMENT     DISCLAIMER     TERMS OF USE     PRIVACY AND SECURITY NOTICE

Sillers Building, 550 High Street Suite 1000, Jackson, MS 39201-1399
telephone: 601-359-6050 or toll free: 1-800-421-2408