**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MARY TROUPE,** *et al.* **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 3:10cv153-HTW-MTP**

**HALEY BARBOUR,** *et al.* **DEFENDANTS**

ORDER

THIS MATTER is before the court *sua sponte* and upon the court's receipt of letters from the parties addressing whether all discovery should remain stayed as has been previously ordered. The court declines to respond to the letters or to otherwise address any request for relief contained in the letters.

Pursuant to Rule 7(b)(1) of the Federal Rules of Civil Procedure, a request for a court order must be made by motion. Letters will not suffice as they are not filed of record, nor is there a procedure in place for responding to a letter or filing a rebuttal such that all parties are heard in an orderly way. Any party requesting the court to enter an order should file an appropriate motion so that it may be responded to and briefed in the manner provided by the local rules.

SO ORDERED on June 9, 2016.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE