IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARY TROUPE, et al.**                                                                                        **PLAINTIFFS**

**V.**                                                                   **CAUSE NO. 3:10-CV-153-HTW-LRA**

**GOVERNOR PHIL BRYANT, et al.**                                                        **DEFENDANTS**

## ORDER DENYING TRANSFER

The Court has before it the Plaintiff's "Motion to Transfer" **[docket 90]** this suit to another judge. The Defendants oppose the motion. Plaintiff cites as the reason therefor, that a similar and related case is assigned to Judge Lee's Court, *Olivia Y., et al. v. Barbour, et al.*, civil action no. 3:04-cv-251 TSL-JCS (S.D. Miss.). Plaintiffs also allege that the plaintiffs in the other case will overlap with plaintiffs in the instant case.

Plaintiffs contend that the *Olivia Y.* case is active and ongoing. However, that case was settled in 2007. Although the Court is still monitoring the State's compliance with its orders in *Olivia Y.*, that case is closed. While there is some relationship between the cases, the Court is not persuaded that the subject matter of the two cases 'substantially' overlap as required by *Save Power Ltd. v. Syntek Fin. Corp.*, 121 F.3d 947, 950 (5th Cir. 1997).The Motion to transfer **[docket no. 90]** is denied.

SO ORDERED AND ADJUDGED, this the 24th day of October, 2016.

                                                s/HENRY T. WINGATE
                                       UNITED STATES DISTRICT COURT JUDGE