# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**MARY TROUPE, et al.**                                                                                         **PLAINTIFFS**

**V.**                                                                          **CAUSE NO. 3:10-CV-153-HTW-LRA**

**GOVERNOR PHIL BRYANT, et al.**                                                           **DEFENDANTS**

**ORDER**

The Court has before it the Plaintiff's Motion to Lift Stay of Discovery and Proceed with Case Management Conference [docket no. 29]. This matter was stayed pending resolution of Defendant Medicaid's Motion to Dismiss or for Judgment on the Pleadings. The Court having made its ruling in this matter and entered its order dismissing count one of Plaintiff's claim, the case is in a posture to proceed and the stay is hereby lifted.

The stay of discovery previously entered in this matter [docket no. 19] is lifted. Plaintiffs' motion to lift the stay of discovery **[docket no. 29]** is **granted** and the parties are directed to contact the Magistrate Judge within ten days for scheduling in this matter.

SO ORDERED AND ADJUDGED, this the 7th day of November, 2016.

                                            s/ HENRY T. WINGATE
                                         UNITED STATES DISTRICT COURT JUDGE