IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| J.B., L.P., L.M., L.S., by and through their next friends,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNOR PHIL BRYANT, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-153-HTW-MTP |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), Baker & Hostetler LLP, counsel of record for Plaintiffs, respectfully moves this Court for permission to withdraw Attorneys Juvaria Khan and Naima Garvin as legal counsel for Plaintiffs in the above action, showing the Court as follows:

1. Attorneys Juvaria Khan and Naima Garvin, formerly of Baker & Hostetler LLP, were admitted *pro hac vice* in this action on behalf of Plaintiffs;

2. Attorneys Juvaria Khan and Naima Garvin are no longer employed by Baker & Hostetler LLP;

3. Accordingly, Baker & Hostetler LLP wishes to withdraw Attorneys Juvaria Khan and Naima Garvin as counsel of record for Plaintiffs;

4. Plaintiffs have other counsel of record in this case, namely Deborah H. Renner, Ona T. Wang, Jenna N. Felz, and Michelle N. Tanney of Baker & Hostetler LLP; Vanessa Carroll, Jody E. Owens, Brooke McCarthy, and Lydia Wright of Southern Poverty Law Center; Ira Burnim of the Bazelon Center for Mental Health Law; and Robert B. McDuff.

5. The requested withdrawals will not delay trial, discovery or any other aspect of this litigation, and will not have an adverse effect on the interests of Plaintiffs; and

6. A proposed order is provided for the Court's consideration.

WHEREFORE, having brought forth this Motion to Withdraw as Counsel, and having set forth good cause for same, the undersigned counsel of Baker & Hostetler LLP respectfully request that this Court enter an Order allowing Attorneys Juvaria Khan and Naima Garvin to withdraw as counsel for Plaintiffs.

Dated: November 10, 2016

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Jenna N. Felz*
Ona T. Wang, N.Y. Bar No. 2987949*
Deborah H. Renner, N.Y. Bar No. 2561728*
Jenna Felz, N.Y. Bar No. 5224548*
Michelle Tanney, N.Y. Bar No. 5101910*
Baker & Hostetler LLP
45 Rockefeller Plaza, 14th Floor New York, NY 10111
(212) 589-4200 (p)
(212) 589-4201 (f)
owang@bakerlaw.com
drenner@bakerlaw.com
jfelz@bakerlaw.com
mtanney@bakerlaw.com
*pro hac vice

Vanessa Carroll, MSB# 102736
Southern Poverty Law Center 1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
(504) 486-8982 (p)
(504) 486-8947 (f)
vanessa.carroll@splcenter.org

Jody E. Owens, MSB# 102333
Brooke McCarthy, MSB#104930

Lydia Wright, MSB#105186
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882 (p)
(601) 948-8885 (f)
jody.owens@splcenter.org
brooke.mccarthy@splcenter.org
lydia.wright@splcenter.org

Ira Burnim, D.C. Bar No. 406145*
The Bazelon Center for Mental Health Law
1101 5th Street NW, Suite 1212
Washington, D.C. 20005
(202) 467-5730 (p)
(202) 223-0409 (f)
irabster@gmail.com
*pro hac vice

Robert B. McDuff, Miss. Bar No. 2532
767 North Congress Street Jackson,
Mississippi 39202
(601) 969-0802 (p)
(601) 969-0804 (f)

**COUNSEL FOR PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

I, Jenna N. Felz, Attorney for Plaintiffs, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties.

This 10th day of November, 2016.

                                             */s/ Jenna N. Felz*
                                             Jenna Felz, N.Y. Bar No. 5224548*
                                             Baker & Hostetler LLP
                                             45 Rockefeller Plaza, 14th Floor
                                             New York, NY 10111
                                             (212) 589-4200 (p)
                                             (212) 589-4201 (f)
                                             jfelz@bakerlaw.com
                                             *pro hac vice