# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| J.B., L.P., L.M., L.S., by and through their next friends, ) ) ) ) Plaintiffs, ) ) v. ) ) GOVERNOR PHIL BRYANT, et al. ) ) Defendants. ) ) | CASE NO. 3:10cv153HTW-MTP |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
## FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw the pending Motion for Class Certification, filed on March 10, 2010 (ECF No. 2). Due to the extraordinary delay in the adjudication of Plaintiffs' motion and the substantial change in circumstances for the Plaintiffs over the intervening years, Plaintiffs no longer seek class certification. Accordingly, Plaintiffs will timely move to amend the complaint to remove the class allegations. Defendants' counsel was notified of Plaintiffs' intent to withdraw the motion for class certification on December 1, 2016.

**RESPECTFULLY SUBMITTED**, this the 7th day of December, 2016.

/s/*Lydia Wright*
Lydia Wright, MSB# 105186
Jody E. Owens, MSB# 102333
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882 (p)
(601) 948-8885 (f)
lydia.wright@splcenter.org
jody.owens@splcenter.org

Vanessa Carroll, MSB# 102736
Southern Poverty Law Center
1055 St. Charles Ave., Suite 505
New Orleans, LA 70130
(504) 486-8982 (p)
(504) 486-8947 (f)
vanessa.carroll@splcenter.org

Ira Burnim, D.C. Bar No. 406145*
The Bazelon Center for Mental Health Law
1101 5th Street NW, Suite 1212
Washington, D.C. 20005
202-467-5730 (phone)
202-223-0409 (fax)
**pro hac vice*

Ona T. Wang, N.Y. Bar No. 2987949*
Deborah H. Renner, N.Y. Bar No.
Jenna Felz, N.Y. Bar No.
Michelle Tanney, N.Y. Bar No.
Baker & Hostetler LLP
45 Rockerfeller Plaza, 14th Floor
New York, NY 10111
(212) 589-4200 (p)
(212) 589-4201 (f)
owang@bakerlaw.com
drenner@bakerlaw.com
jfelz@bakerlaw.com
mtanney@bakerlaw.com
**pro hac vice*

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I, Lydia Wright, attorney for Plaintiffs, hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED this 7th day of December, 2016.

>/s/*Lydia Wright*
>Lydia Wright, MSB# 105186