IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARY TROUPE, et al.**     **PLAINTIFF**

V.     **CIVIL ACTION NO.: 3:10cv00153-HTW-MTP**

**HALEY BARBOUR, et al.**     **DEFENDANT**

CONSOLIDATED WITH

**UNITED STATES OF AMERICA**

V.

**THE STATE OF MISSISSIPPI**

## THE STATE OF MISSISSIPPI'S RESPONSE TO MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS OF J.B., L.P., AND L.M.

The State of Mississippi do not oppose Plaintiffs' Motion for Voluntary Dismissal of Claims of J.B., L.P., and L.M. (Dkt. 134).

THIS, the 27th day of January, 2017.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:    */s/ James W. Shelson*
       Reuben V. Anderson, MB 1587
       W. Thomas Siler, MB 6791
       James W. Shelson, MB 9693
       R. Gregg Mayer, MB 102232
       A. Martin Edwards, IV, MB 104677
       4270 I-55 North
       Jackson, Mississippi 39211-6391
       Post Office Box 16114
       Jackson, Mississippi 39236-6114
       Telephone: 601-352-2300
       Telecopier: 601-360-9777
       Email: andersor@phelps.com
             silert@phelps.com

shelsonj@phelps.com
gregg.mayer@phelps.com
martin.edwards@phelps.com

Harold Pizzetta, III, Esq., MB 99867
Assistant Attorney General
General Civil Division
Walter Sillers Building
550 High Street
Jackson, MS 39201

Attorneys for the State of Mississippi

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2017, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

*/s/ James W. Shelson*
JAMES W. SHELSON