IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| L.S. BY AN THROUGH HIS NEXT<br>FRIEND, SHELIA DAVIS | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:10cv00153-HTW-MTP |
| GOVERNOR PHIL BRYANT, IN HIS<br>OFFICIAL CAPACITY, et al. | DEFENDANTS |

## AGREED ORDER REGARDING TAC REPORT

THIS MATTER is before the Court on the Rule 72(a) Appeal of the Order Denying The Clarion Ledger's Renewed Motion (Dkt. 114). Said Rule 72(a) Appeal was set for hearing on May 31, 2017, but the parties have agreed to a resolution of the dispute.

In May 2015, Magistrate Judge Parker entered a Protective Order, which found that the March 2015 TAC Mississippi Children's Behavioral Health Assessment (TAC Report) shall not be disclosed by any of the parties to the settlement negotiations in this case to anyone who is not a party to those negotiations. (Dkt. 70). Magistrate Judge Parker subsequently permitted The Clarion Ledger to intervene to challenge the Protective Order, but denied The Clarion Ledger's request to vacate the Protective Order. (Dkt. 77).

On August 3, 2016, The Clarion Ledger filed a Renewed Motion to Vacate Protective Order. Magistrate Judge Parker denied The Clarion Ledger's Renewed Motion. (Dkt. 110). The Clarion Ledger filed a Rule 72(a) Appeal of the Order Denying The Clarion Ledger's Renewed Motion. (Dkt. 114). On February 22, 2017, The Clarion Ledger filed a Notice Advising Court of Apparent Violation of Protective Order (Dkt. 152).

Plaintiff and Defendants have reached a settlement, and anticipate consummating that settlement on or shortly after June 17, 2017. The settlement of this case moots the pleadings filed regarding the TAC Report. The Clarion Ledger's Rule 72(a) Appeal (Dkt. 114) is denied as moot,

the State will voluntarily produce the TAC Report to counsel for The Clarion Ledger on or before June 17, 2017, all pending federal and state court litigation regarding the TAC Report shall be dismissed, and each party shall bear its own costs and fees.

SO ORDERED, this the 16th day of June, 2017.

s/ HENRY T. WINGATE<br>UNITED STATES DISTRICT COURT JUDGE

Approved and Agreed:

*/s/ Graham Carner*
Counsel for Plaintiff

*/s/ James Shelson*
Counsel for Defendants

*/s/ Leonard Van Slyke*
Counsel for The Clarion Ledger

PD.21581899.1