IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

L.S. BY AND THROUGH HIS NEXT
FRIEND, SHELIA DAVIS                                                                            PLAINTIFF

VS.                                                      CIVIL ACTION NO.: 3:10cv00153-HTW-MTP

GOVERNOR PHIL BRYANT, IN HIS
OFFICIAL CAPACITY, et al.                                                                    DEFENDANTS

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants request that this matter be dismissed with prejudice as follows:

1. Plaintiff filed an Amended Complaint on April 24, 2017 (Dkt. 158), which names L.S. as the sole Plaintiff in this case.

2. Plaintiff and Defendants have finally and fully compromised and settled their disputes on the terms set forth in the Settlement Agreement entered into by the parties.

3. The terms of the Settlement Agreement should be incorporated into and made a part of the Final Judgment attached to this Joint Motion as Exhibit "A."

4. Plaintiff and Defendants request that the requirement of a separate memorandum be waived.

### Relief Requested

This matter should be dismissed with prejudice on the terms set forth in the Settlement Agreement entered into by the parties, which terms should be incorporated into and made a part of the Final Judgment attached to this Joint Motion as Exhibit "A," with each party to bear its own costs.

This the 29th day of June, 2017.

PD.21616156.1

Respectfully submitted,

PHELPS DUNBAR LLP


BY: */s/ James W. Shelson*
    Reuben V. Anderson, MB 1587
    W. Thomas Siler, MB 6791
    James W. Shelson, MB 9693
    R. Gregg Mayer, MB 102232
    A. Martin Edwards, IV, MB 104677
    4270 I-55 North
    Jackson, Mississippi 39211-6391
    Post Office Box 16114
    Jackson, Mississippi  39236-6114
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    Email: andersor@phelps.com
          silert@phelps.com
          shelsonj@phelps.com
          gregg.mayer@phelps.com
          martin.edwards@phelps.com

    Harold Pizzetta, III, Esq., MB 99867
    Assistant Attorney General
    General Civil Division
    Walter Sillers Building
    550 High Street
    Jackson, MS 39201

Attorneys for the State of Mississippi


BY: */s/ Graham P. Carner*
    Graham P. Carner, MB
    Graham P. Carner, PLLC
    775 N. Congress Street
    Jackson, Mississippi  39202
    Telephone: 601-949-9456
    Telecopier: 601-354-7854
    Email: graham.carner@gmail.com

Attorney for the Plaintiff

PD.21616156.1

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2017, I electronically filed this document with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF counsel of record in this action.

/s/ *James W. Shelson*
JAMES W. SHELSON